# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VELODYNE LIDAR USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> OUSTER, INC., <br><br> Defendant. | Case No. 22-cv-03490-BLF <br><br> **ORDER GRANTING STIPULATION TO LIFT STAY AND DISMISS WITHOUT PREJUDICE** |

The Court hereby GRANTS the parties' request to lift the stay pending resolution of proceedings at the United States International Trade Commission, dated August 4, 2022 (ECF No. 19) for the purpose of dismissal of this action without prejudice. *See* ECF No. 22. The Court GRANTS the request to dismiss this case without prejudice. *See id.*

The Court further TERMINATES the case management conference scheduled for April 13, 2023, as the parties have stipulated to dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See id.*

The Clerk SHALL close the case.

**IT IS SO ORDERED.**

Dated: November 14, 2022

_____
BETH LABSON FREEMAN
United States District Judge